# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN DEE WARD,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ADAM SAUL,<br><br>　　　　Defendant. | Case No. 20-cv-05157-JSC<br><br>**ORDER TO SHOW CAUSE TO PLAINTIFF**<br><br>Re: Dkt. No. 20 |

Plaintiff filed this action pursuant to 42 U.S.C § 405(g), seeking judicial review of the final decision by the Commissioner of Social Security ("Commissioner") denying her benefits claim. Since filing the action Plaintiff has received two extensions of time to file her motion for summary judgment. (Dkt. Nos. 18, 20.) Under the most recent extension, Plaintiffs' motion for summary judgment was due May 13, 2021. (Dkt. No. 20.) The motion, however, has not been filed and Plaintiff has not sought a further extension or otherwise communicated with the Court. Accordingly, Plaintiff is ORDERED TO SHOW CAUSE as to why this action should not be dismissed for failure to prosecute. Plaintiff shall file a written response to this Order by June 15, 2021.

Plaintiff's counsel shall serve a copy of this Order on Plaintiff and file proof of service of the same within three days.

**IT IS SO ORDERED.**

Dated: June 1, 2021

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge